**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 1:12-CR-300** |
| | **:** | |
| **v.** | **:** | **(Judge Sylvia H. Rambo)** |
| | **:** | |
| **DEREK EUGENE SPRIGGS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### GOVERNMENT'S NUNC PRO TUNC RESPONSE TO DEFENDANT'S POST-TRIAL MOTION FOR A NEW TRIAL

AND NOW, comes the United States Attorney's Office, through Meredith A. Taylor, Assistant United States Attorney, and files this response, nunc pro tunc, to Defendant's Post-Trial Motion for a New Trial:

1. The defendant was charged by Indictment filed on November 28, 2012 with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g) (Count I); possession of a firearm during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c) (Count II); criminal conspiracy to distribute and possess with intent to distribute marijuana, in violation of Title 21, United States Code, Section 846 (Count III); and possession with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1) (Count IV).

1

2. On April 25, 2013, Derek Spriggs was convicted after a jury trial of Counts I, II and III and was acquitted of Count IV.

3. Defendant filed a Post-Trial Motion requesting a new trial, claiming that inadmissible hearsay was admitted at trial.

4. The government's response was due on June 10, 2013. Due to unforeseen circumstances, the government was unable to file its response. The government requests this Honorable Court permit this motion and accompanying brief be filed Nunc Pro Tunc. Counsel for defendant, Heidi Freese, concurs in this request.

5. In light of the overwhelming evidence the Government presented that defendant Derek Spriggs was a drug dealer, the admission of inadmissible hearsay at trial was harmless error and does not warrant the granting of a new trial.

6. In addition, the Court did provide the jury with a curative instruction, after receiving the one question the jury submitted prior to rendering a verdict.

WHEREFORE, the government requests this Honorable Court deny

Defendant's Post-Trial Motion for a New Trial.

Respectfully submitted,

PETER J. SMITH
United States Attorney

Dated:  June 25, 2013

BY:   s/ Meredith A. Taylor
MEREDITH A. TAYLOR
Assistant United States Attorney
Meredith.Taylor@USDOJ.gov
PA 205058

228 Walnut Street, Suite 220
Harrisburg, Pa. 17108
Phone: 717-221-4482
Fax:   717-221-2582

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 1:12-CR-300** |
| | **:** | |
| **v.** | **:** | **(Judge Sylvia H. Rambo)** |
| | **:** | |
| **DEREL EUGENE SPRIGGS,** | **:** | |
| | **:** | **(electronically filed)** |
| **Defendant.** | **:** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on June 25, 2013, she served a copy of the foregoing

## GOVERNMENT'S NUNC PRO TUNC RESPONSE TO DEFENDANT'S POST-TRIAL MOTION FOR A NEW TRIAL

by electronic filing to the person hereinafter named:

Heidi Freese, Esq.
Heidi_freese@fd.org

s/ Mary Zerance
Mary Zerance
Legal Assistant
