UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4766
_____

UNITED STATES OF AMERICA

v.

DEREK EUGENE SPRIGGS,
                              Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(1:12-CR-0300-001)
District Judge: Honorable Sylvia H. Rambo
_____

Submitted Under Third Circuit LAR 34.1(a)
September 9, 2014
_____

Before: RENDELL, GREENAWAY, JR., and BARRY, Circuit Judges
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on September 9, 2014. On consideration whereof, it is now hereby:

ORDERED and ADJUDGED by this Court that the Order entered by the District

1

Court on December 12, 2013 is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Date:  November 12, 2014